No. 86–7151. HOLT v. MERIT SYSTEMS PROTECTION BOARD; and

No. 87–5050. HOLT v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 87–29. SENAWI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–76. LEWIS v. MYSHAK ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–79. MCELVEY v. DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION; and MCCLAIN v. DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 87–87. WILLIAMS v. UNITED STATES; and

No. 87–5107. SAHS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–103. BOULEZ v. COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied.

No. 87–104. BARNSON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–119. BOLDEN v. ALSTON, SUPERINTENDENT, LINCOLN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–142. SOUTH AFRICAN AIRWAYS v. DOLE, SECRETARY OF TRANSPORTATION. C. A. D. C. Cir. Certiorari denied.

No. 87–173. MASSACHUSETTS MEDICAL SOCIETY ET AL. v. DUKAKIS ET AL. C. A. 1st Cir. Certiorari denied.

No. 87–179. TONY SCOTT TRUCKING, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 87–193. JOHNSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.